UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LONNIE DANGERFIELD,
    Plaintiff,

v.

JOHN DOE,
    Defendant.

Case No. 16-cv-02085-WHO (PR)

**ORDER OF TRANSFER**

Plaintiff Lonnie Dangerfield's allegations in this federal civil rights action are based on events that occurred in Kern County, which lies in the Eastern District. This action is TRANSFERRED to the Eastern District of California wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred, and the defendants named reside, there. *See* 28 U.S.C. §§ 84(b), 1391(b), and 1406(a). The Clerk shall transfer this action forthwith.

    **IT IS SO ORDERED.**

**Dated:** June 8, 2016

_____
WILLIAM H. ORRICK
United States District Judge